**Harry Shlensky et al., trading as M. Shlensky & Sons, appellees, v. Jacob Schoenburg, appellant. Gen. No. 31,431.**

Assumpsit on account stated. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed with a finding of fact. Opinion filed May 17, 1927.

Pritzker & Pritzker, for appellant. Benjamin E. Cohen, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Aaron Adler, appellee, v. James Patejdl, appellant. Gen. No. 31,368.**

Action for money paid to secure title to goods bought. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. A. W. Summers, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 17, 1927.

Victor Frohlich, for appellant. Henry H. Markovitz, for appellee; Abner Goldenson, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

**Dwight Brothers Paper Company, appellant, v. Morris P. Ginzburg, appellee. Gen. No. 31,379.**

Action for breach of written contract to purchase paper. Appeal by plaintiff from partial judgment for him. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed with findings of fact and judgment here for $1224.60. Opinion filed May 17, 1927.

Harris, Reinhardt & Russell, for appellant; John A. Russell, of counsel. Shannon & Morrill, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**John Svienty, appellant, v. Adam Kostka and Karolina Kostka, alias Korolna Kostka, appellees. Gen. No. 31,406.**

Action on judgment note. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. T. H. Miller, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed May 17, 1927.

Kasper & Pakulaz, for appellant. Bohac & Loyda, for appellees; Stanley T. Rywniak, of counsel.

Mr. Justice Barnes delivered the opinion of the court.